# EXHIBIT B

Movants' Purchases and Losses

Accuray

| Name | Date | Shares Purchased | Share Price | Total Cost | Date | Shares Sold | Share Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/11/2008 | 888 | $17.74 | $15,753.12 | held | 1,370,000 | $6.97 | $9,551,292.06 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/11/2008 | 5,000 | $17.89 | $89,450.00 | | | | | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/11/2008 | 5,000 | $17.90 | $89,500.00 | | | | | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/11/2008 | 10,300 | $17.75 | $182,825.00 | | | | | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/15/2008 | 96 | $17.20 | $1,651.20 | | | | | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/15/2008 | 100 | $17.20 | $1,720.00 | | | | | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/15/2008 | 1,059 | $17.10 | $18,108.90 | | | | | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/15/2008 | 8,941 | $17.10 | $152,891.10 | | | | | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/15/2008 | 9,804 | $17.20 | $168,628.80 | | | | | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/24/2008 | 5,000 | $15.70 | $78,500.00 | | | | | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/24/2008 | 5,000 | $15.80 | $79,000.00 | | | | | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/24/2008 | 5,000 | $15.90 | $79,500.00 | | | | | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/25/2008 | 5,000 | $15.08 | $75,400.00 | | | | | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/25/2008 | 5,000 | $15.10 | $75,500.00 | | | | | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/25/2008 | 5,000 | $15.10 | $75,500.00 | | | | | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/25/2008 | 5,000 | $15.20 | $76,000.00 | | | | | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/28/2008 | 200 | $14.97 | $2,994.00 | | | | | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/28/2008 | 1,500 | $14.89 | $22,335.00 | | | | | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/28/2008 | 3,500 | $14.90 | $52,150.00 | | | | | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/28/2008 | 4,800 | $14.98 | $71,904.00 | | | | | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/28/2008 | 5,000 | $14.85 | $74,250.00 | | | | | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/28/2008 | 5,000 | $14.87 | $74,350.00 | | | | | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/28/2008 | 5,000 | $14.90 | $74,500.00 | | | | | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/28/2008 | 5,000 | $14.90 | $74,500.00 | | | | | |

Movants' Purchases and Losses

| | | | | Accuray |
|---|---|---|---|---|
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/28/2008 | 5,000 | $14.95 | $74,750.00 |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/28/2008 | 5,000 | $14.90 | $74,500.00 |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/28/2008 | 5,000 | $14.90 | $74,500.00 |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/28/2008 | 5,000 | $14.95 | $74,750.00 |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/28/2008 | 5,000 | $14.95 | $74,750.00 |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/28/2008 | 10,000 | $14.90 | $149,000.00 |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/30/2008 | 1,200 | $14.92 | $17,904.00 |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/30/2008 | 5,600 | $10.51 | $58,856.00 |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/30/2008 | 8,800 | $14.98 | $131,824.00 |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/30/2008 | 8,871 | $14.95 | $132,621.45 |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/30/2008 | 10,000 | $10.25 | $102,500.00 |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/30/2008 | 10,000 | $10.50 | $105,000.00 |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/30/2008 | 10,000 | $11.00 | $110,000.00 |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/30/2008 | 10,000 | $11.25 | $112,500.00 |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/30/2008 | 10,000 | $14.95 | $149,500.00 |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/30/2008 | 10,000 | $14.95 | $149,500.00 |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/30/2008 | 10,000 | $15.01 | $150,100.00 |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/30/2008 | 10,000 | $15.10 | $151,000.00 |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/30/2008 | 10,000 | $15.16 | $151,600.00 |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/30/2008 | 20,000 | $14.95 | $299,000.00 |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/31/2008 | 200 | $9.78 | $1,956.00 |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/31/2008 | 439 | $9.97 | $4,376.83 |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/31/2008 | 600 | $9.89 | $5,934.00 |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/31/2008 | 764 | $9.79 | $7,479.56 |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/31/2008 | 1,000 | $9.96 | $9,960.00 |

| Movants' Purchases and Losses | | | | | Accuray |
|---|---|---|---|---|---|
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/31/2008 | 1,100 | $9.89 | $10,879.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/31/2008 | 1,172 | $9.83 | $11,520.76 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/31/2008 | 1,561 | $9.72 | $15,172.92 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/31/2008 | 2,200 | $9.98 | $21,956.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/31/2008 | 2,550 | $9.85 | $25,117.50 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/31/2008 | 3,253 | $9.52 | $30,968.56 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/31/2008 | 4,800 | $9.79 | $46,992.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/31/2008 | 5,529 | $9.68 | $53,520.72 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/31/2008 | 6,500 | $9.89 | $64,285.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/31/2008 | 7,000 | $9.88 | $69,160.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/31/2008 | 8,812 | $9.84 | $86,710.08 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/31/2008 | 9,036 | $9.80 | $88,552.80 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/31/2008 | 9,800 | $9.52 | $93,296.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/31/2008 | 10,000 | $9.73 | $97,300.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/31/2008 | 10,000 | $9.70 | $97,000.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/31/2008 | 10,000 | $9.78 | $97,800.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/31/2008 | 10,000 | $9.80 | $98,000.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/31/2008 | 10,000 | $9.88 | $98,800.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/31/2008 | 12,400 | $9.90 | $122,760.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/31/2008 | 13,500 | $9.90 | $133,650.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/31/2008 | 15,178 | $9.90 | $150,262.20 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/31/2008 | 20,000 | $9.90 | $198,000.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/31/2008 | 20,000 | $9.90 | $198,000.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/31/2008 | 20,000 | $9.90 | $198,000.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/31/2008 | 20,000 | $9.90 | $198,000.00 | |

| Movants' Purchases and Losses | | | | | Accuray |
|---|---|---|---|---|---|
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/31/2008 | 20,000 | $9.93 | $198,677.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/31/2008 | 20,000 | $9.97 | $199,400.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/31/2008 | 20,000 | $9.70 | $194,000.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/31/2008 | 20,000 | $9.70 | $194,000.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 01/31/2008 | 20,000 | $9.90 | $198,000.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 02/01/2008 | 74 | $10.17 | $752.58 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 02/01/2008 | 200 | $10.17 | $2,034.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 02/01/2008 | 200 | $9.88 | $1,976.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 02/01/2008 | 200 | $9.87 | $1,974.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 02/01/2008 | 610 | $9.82 | $5,990.20 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 02/01/2008 | 1,405 | $10.17 | $14,288.85 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 02/01/2008 | 2,297 | $10.06 | $23,097.83 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 02/01/2008 | 2,825 | $10.17 | $28,730.25 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 02/01/2008 | 3,850 | $9.67 | $37,229.50 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 02/01/2008 | 9,390 | $9.85 | $92,490.56 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 02/01/2008 | 10,000 | $9.85 | $98,500.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 02/01/2008 | 15,750 | $9.89 | $155,767.50 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 02/05/2008 | 1,200 | $10.38 | $12,452.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 02/05/2008 | 8,800 | $10.38 | $91,344.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 02/06/2008 | 2,700 | $10.14 | $27,378.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 03/20/2008 | 2,500 | $10.00 | $25,000.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 03/24/2008 | 57,200 | $10.00 | $572,000.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/09/2008 | 100 | $8.11 | $811.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/09/2008 | 100 | $8.11 | $811.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/09/2008 | 100 | $8.11 | $811.00 | |

| Movants' Purchases and Losses | | | | | Accuray |
|---|---|---|---|---|---|
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/09/2008 | 200 | $8.11 | $1,622.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/09/2008 | 200 | $8.11 | $1,622.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/09/2008 | 200 | $8.11 | $1,622.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/09/2008 | 200 | $8.11 | $1,622.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/09/2008 | 200 | $8.11 | $1,622.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/09/2008 | 300 | $8.11 | $2,433.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/09/2008 | 300 | $8.11 | $2,433.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/09/2008 | 300 | $8.11 | $2,433.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/09/2008 | 300 | $8.11 | $2,433.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/09/2008 | 300 | $8.11 | $2,433.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/09/2008 | 300 | $8.11 | $2,433.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/09/2008 | 400 | $8.11 | $3,244.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/09/2008 | 400 | $8.11 | $3,244.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/09/2008 | 400 | $8.11 | $3,244.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/09/2008 | 500 | $8.11 | $4,055.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/09/2008 | 500 | $8.11 | $4,055.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/09/2008 | 500 | $8.11 | $4,055.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/09/2008 | 600 | $8.11 | $4,866.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/09/2008 | 700 | $8.11 | $5,677.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/09/2008 | 800 | $8.11 | $6,488.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/09/2008 | 3,610 | $8.18 | $29,529.80 | |

| Movants' Purchases and Losses | | | | | Accuray |
|---|---|---|---|---|---|
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/09/2008 | 3,790 | $8.11 | $30,736.90 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/09/2008 | 6,390 | $8.18 | $52,270.20 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/09/2008 | 7,010 | $8.11 | $56,851.10 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/09/2008 | 10,000 | $8.15 | $81,500.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/09/2008 | 10,000 | $8.16 | $81,600.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/09/2008 | 20,000 | $8.05 | $161,000.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/09/2008 | 20,000 | $8.07 | $161,400.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/10/2008 | 2,500 | $10.00 | $25,000.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/10/2008 | 3,575 | $7.98 | $28,528.50 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/14/2008 | 2,500 | $10.00 | $25,000.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/15/2008 | 100 | $7.64 | $764.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/15/2008 | 300 | $7.56 | $2,268.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/15/2008 | 400 | $7.58 | $3,032.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/15/2008 | 500 | $7.58 | $3,790.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/15/2008 | 600 | $7.61 | $4,566.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/15/2008 | 600 | $7.59 | $4,554.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/15/2008 | 600 | $7.57 | $4,542.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/15/2008 | 700 | $7.62 | $5,334.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/15/2008 | 700 | $7.61 | $5,327.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/15/2008 | 745 | $7.57 | $5,639.65 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/15/2008 | 790 | $7.64 | $6,035.60 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/15/2008 | 800 | $7.55 | $6,040.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/15/2008 | 800 | $7.63 | $6,104.00 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/15/2008 | 848 | $7.65 | $6,487.20 | |
| Zhengxu He, Individually and as Trustee for the He & Fang 2005 Revocable Living Trust (common stock) | 04/15/2008 | 1,000 | $7.59 | $7,590.00 | |