1  BORIS FELDMAN, State Bar No. 128838,
   boris.feldman@wsgr.com
2  IGNACIO E. SALCEDA, State Bar No. 164017,
   isalceda@wsgr.com
3  DIANE M. WALTERS, State Bar No. 148136,
   dwalters@wsgr.com
4  MOLLY ARICO, State Bar No. 260472,
   marico@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  650 Page Mill Road
   Palo Alto, CA 94304-1050
7  Telephone: (650) 493-9300
   Facsimile:  (650) 493-6811
8

9  Attorneys for Defendants
   Accuray Incorporated, Euan S. Thomson, Robert
10 E. McNamara, Wade B. Hampton, Ted Tu,
   Wayne Wu, John R. Adler, Jr., and Robert S.
11 Weiss

12

13                     UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                              OAKLAND DIVISION

16

17  CITY OF ANN ARBOR EMPLOYEES'           )   CASE NO.: 09-cv-03362-CW
    RETIREMENT SYSTEM, on Behalf of Itself and )
18  All Others Similarly Situated,          )   **STIPULATION AND [PROPOSED]**
                                            )   **ORDER REGARDING**
19            Plaintiffs,                   )   **CONSOLIDATION OF**
                                            )   **SECURITIES CLASS ACTIONS**
20       v.                                 )   **AND SCHEDULE**
                                            )
21  ACCURAY INCORPORATED, EUAN S.          )
    THOMSON, ROBERT E. McNAMARA,            )
22  WADE B. HAMPTON, TED TU, WAYNE WU,     )
    JOHN R. ADLER, JR., and ROBERT S. WEISS,)
23                                          )
              Defendants.                   )
24  _____)

25

26                    CAPTIONS CONTINUE ON NEXT PAGE

27

28

STIPULATION AND [PROPOSED] ORDER RE
CONSOLIDATION AND SCHEDULE,
CASE NOS. CV 09-3362 CW, CV 09-3637 CW,
CV 09-3813 PJH

| | | |
|---|---|---|
| MICHAEL WHITTEN, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | CASE NO.: 09-cv-03637-CW |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| ACCURAY INCORPORATED, EUAN S. THOMSON, ROBERT E. McNAMARA, WADE B. HAMPTON, TED TU, WAYNE WU, JOHN R. ADLER, JR., and ROBERT S. WEISS, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| DOUG BENNINGTON, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | CASE NO.: 09-cv-03813-PJH |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| ACCURAY INCORPORATED, EUAN S. THOMSON, ROBERT E. McNAMARA, WADE B. HAMPTON, TED TU, WAYNE WU, JOHN R. ADLER, JR., and ROBERT S. WEISS, | ) ) ) ) ) | |
| Defendants. | ) | |

STIPULATION AND [PROPOSED] ORDER RE
CONSOLIDATION AND SCHEDULE,
CASE NOS. CV 09-3362 CW, CV 09-3637 CW,
CV 09-3813 PJH

Pursuant to Rule 16(d) of the Federal Rules of Civil Procedure, Civil Local Rule 23-1(b), and the Manual for Complex Litigation, Fourth §§ 11.12, 11.21 and 31 (2004), the parties stipulate, and the Court hereby orders, as follows:

## CONSOLIDATION OF RELATED CASES

1. The above-captioned actions, *City of Ann Arbor Employees' Retirement System v. Accuray, Inc., et al.*, Case No. C-09-03362-CW, *Whitten v. Accuray, Inc., et al.*, Case No. C-09-03637-CW, and *Bennington v. Accuray, Inc., et al.*, Case No. C-09-03813-PJH, are related cases within the meaning of Civil Local Rule 3-12. Pursuant to Federal Rule of Civil Procedure 42(a), these cases are hereby consolidated into Civil Action No. C-09-03362-CW for pretrial proceedings before this Court. The consolidated action shall be captioned: "*In re Accuray Inc. Securities Litigation.*"

2. All related actions that are subsequently filed in, or transferred to, this District shall be consolidated into this consolidated action for pretrial purposes. This Order shall apply to every such related action, absent order of the Court. A party that objects to such consolidation, or to any other provision of this Order, must file an application for relief from this Order within thirty (30) days after the date on which a copy of the order is mailed to the party's counsel, pursuant to Paragraph 8, *infra*.

3. Plaintiff City of Ann Arbor Employees' Retirement System has served its complaint on all defendants. Defendants agree to waive service of the Whitten and Bennington complaints.

4. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, for good cause shown.

## MASTER DOCKET AND CAPTION

5. The docket in Civil Action No. C-09-03362-CW shall constitute the master docket for this action.

6. Every pleading filed in the consolidated action shall bear the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE ACCURAY INC. SECURITIES LITIGATION<br><br>This Document Relates To: | Master File No. C-09-03362-CW<br><br>**CLASS ACTION** |

7. The file in Civil Action No. C-09-03362-CW shall constitute a Master File for every action in the consolidated action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:". When a pleading applies only to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action (*e.g.*, "No. C-09-03362-CW (City of Ann Arbor Employees' Retirement System))."

8. The parties shall file a Notice of Related Cases pursuant to Civil Local Rule 3-12 whenever a case that should be consolidated into this action is filed in, or transferred to, this District. If the Court determines that the case is related, the clerk shall:

    a)     place a copy of this Order in the separate file for such action;

    b)     serve on plaintiff's counsel in the new case a copy of this Order;

    c)     direct that this Order be served upon defendants in the new case; and

    d)     make the appropriate entry in the Master Docket.

<u>LEAD PLAINTIFF'S COUNSEL</u>

9. The Court shall designate a Lead Plaintiff and Lead Plaintiff's Counsel, pursuant to 15 U.S.C. § 77z-1(a)(3)(B) and 15 U.S.C. § 78u-4(a)(3)(B). Lead Plaintiff's Counsel shall have authority to speak for, and enter into agreements on behalf of, plaintiffs in all matters

1  regarding pretrial procedures, discovery, and settlement negotiations.  Lead Plaintiff's Counsel

2  shall manage the prosecution of this litigation to avoid duplicative or unproductive activities.

3  Lead Plaintiff's Counsel shall be responsible for coordination of all activities and appearances on

4  behalf of plaintiffs and for dissemination of notices and orders.  Lead Plaintiff's Counsel shall be

5  responsible for communications with the Court.

6      10.    Defendants' counsel may rely upon agreements made with Lead Plaintiff's

7  Counsel.  Such agreements shall be binding on all plaintiffs.

8  <center>PLEADINGS AND MOTIONS</center>

9      11.    No defendant is required to respond to the complaint in any action consolidated

10  into this action, other than a consolidated complaint or a complaint designated as the operative

11  complaint after the appointment of Lead Plaintiff and Lead Plaintiff's Counsel.

12      12.    After the appointment of a Lead Plaintiff, the Lead Plaintiff shall have sixty (60)

13  days to file and serve a consolidated complaint.  The consolidated complaint shall be the

14  operative complaint and shall supersede all complaints filed in any of the actions consolidated

15  herein.

16      13.    Defendants shall have sixty (60) days in which to file and serve a motion to

17  dismiss or otherwise respond to the consolidated complaint.  If defendants file any motions

18  directed at the consolidated complaint, the opposition and reply briefs shall be filed within sixty

19  and thirty days, respectively, of that response, unless otherwise agreed by the parties.

20      14.    Counsel for the parties shall notify their clients of their document preservation

21  obligations pursuant to the federal securities laws and the Local Rules.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

| | | |
|---|---|---|
| 1 | Dated:  September 22, 2009 | Respectfully submitted, |
| 2 | | WILSON SONSINI GOODRICH & ROSATI, Professional Corporation |
| 3 | | BORIS FELDMAN<br>IGNACIO E. SALCEDA |
| 4 | | DIANE M. WALTERS<br>MOLLY ARICO |
| 5 | | 650 Page Mill Road<br>Palo Alto, CA 94304 |
| 6 | | Telephone: (650) 493-9300<br>Facsimile:  (650) 493-6811 |

By: _____/s/ Diane M. Walters_____
Diane M. Walters
Email: dwalters@wsgr.com

Attorneys for Defendants Accuray Incorporated, Euan S. Thomson, Robert E. McNamara, Wade B. Hampton, Ted Tu, Wayne Wu, John R. Adler, Jr., and Robert S. Weiss

Dated:  September 22, 2009

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: (415) 288-4545
Facsimile:  (415) 288-4534

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
EVAN J. KAUFMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone: (631) 367-7100
Facsimile:  (631) 367-1173

By: _____/s/ Shawn A. Williams_____
Shawn A. Williams
Email: ShawnW@csgrr.com

Attorneys for Plaintiff City of Ann Arbor Employees' Retirement System

STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION AND SCHEDULE,
CASE NOS. CV 09-3362 CW, CV 09-3637 CW, CV 09-3813 PJH

-4-

| | | |
|---|---|---|
| 1 | Dated:  September 22, 2009 | GLANCY BINKOW & GOLDBERG LLP |
| 2 | | LIONEL Z. GLANCY |
| | | RICHARD MANISKAS |
| 3 | | 1801 Avenue of the Stars, Suite 311 |
| | | Los Angeles, CA 90067 |
| 4 | | Telephone: (310) 201-9150 |
| | | Facsimile:  (310) 201-9160 |

-and-

LAW OFFICES OF HOWARD G. SMITH
HOWARD G. SMITH
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone:  (215) 638-4847
Facsimile:   (215) 638-4867


By:    /s/ Richard Maniskas
            Richard Maniskas
            Email: rmaniskas@glancylaw.com

Attorneys for Plaintiff Michael E. Whitten


Dated:  September 22, 2009         GREEN WELLING, P.C.
                                    ROBERT S. GREEN
                                    595 Market Street, Suite 2750
                                    San Francisco, CA 94105
                                    Telephone: (415) 477-6700
                                    Facsimile:  (415) 477-6710

                                    -and-

                                    SHALOV STONE BONNER & ROCCO LLP
                                    RALPH M. STONE
                                    THOMAS G. CIARLONE. JR.
                                    AMANDA C. SCUDER
                                    485 Seventh Avenue, Suite 1000
                                    New York, NY 10018
                                    Telephone: (212) 239-4340
                                    Facsimile:  (212) 239-4310


By:    /s/ Robert S. Green
            Robert S. Green
            Email:  cand.uscourts@classcounsel.com

Attorneys for Plaintiff Doug Bennington

STIPULATION AND [PROPOSED] ORDER RE
CONSOLIDATION AND SCHEDULE,                    -5-
CASE NOS. CV 09-3362 CW, CV 09-3637 CW,
CV 09-3813 PJH

**<u>ORDER</u>**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

                                                           Hon. Claudia Wilken
                                                           United States District Judge

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Diane M. Walters, attest that concurrence in the filing of this document has been obtained from the signatories, Shawn A. Williams, Richard Maniskas and Robert S. Green. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 22nd day of September, 2009 at Palo Alto, California.

By: /s/ Diane M. Walters
Diane M. Walters

*Counsel for Defendants*
Accuray Incorporated, Euan S. Thomson, Robert E. McNamara, Wade B. Hampton, Ted Tu, Wayne Wu, John R. Adler, Jr., and Robert S. Weiss

# PROOF OF SERVICE

I, Sherri Mills, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List, and to the participants listed on the attached Service List:

1.   **STIPULATION AND [PROPOSED] ORDER REGARDING CONSOLIDATION OF SECURITIES CLASS ACTIONS AND SCHEDULE**

| | |
|---|---|
| Lionel Z. Glancy<br>Richard Maniskas<br>Glancy Binkow & Goldberg LLP<br>1801 Avenue of the Stars, Suite 311<br>Los Angeles, CA  90067 | Christopher J. Keller<br>Alan I. Ellman<br>Stephanie J. Sundel<br>Labaton Sucharow LLP<br>140 Broadway, 34th Floor<br>New York, NY  10005 |
| Peter A. Lagorio<br>Law Office of Peter A. Lagorio<br>63 Atlantic Avenue<br>Boston, MA  02110 | Howard G. Smith<br>Law Offices of Howard G. Smith<br>3070 Bristol Pike, Suite 112<br>Bensalem, PA  19020 |
| Ronen Sarraf<br>Joseph Gentile<br>Sarraf Gentile LLP<br>116 John Street, Suite 2310<br>New York, NY  10038 | Ralph M. Stone<br>Thomas G. Ciarlone, Jr.<br>Amanda C. Scuder<br>Shalov Stone Bonner & Rocco LLP<br>485 Seventh Avenue, Suite 1000<br>New York, NY  10018 |
| Michael J. VanOverbeke<br>Thomas C. Michaud<br>VanOverbeke Michaud & Timmony, P.C.<br>79 Alfred Street<br>Detroit, MI  48201 | |

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California on September 22, 2009.

    /s/ Sherri L. Mills
Sherri L. Mills

STIPULATION AND [PROPOSED] ORDER RE CONSOLIDATION AND SCHEDULE, CASE NOS. CV 09-3362 CW, CV 09-3637 CW, CV 09-3813 PJH    -9-