1   BORIS FELDMAN, State Bar No. 128838,
    boris.feldman@wsgr.com
2   IGNACIO E. SALCEDA, State Bar No. 164017,
    isalceda@wsgr.com
3   DIANE M. WALTERS, State Bar No. 148136,
    dwalters@wsgr.com
4   MOLLY ARICO, State Bar No. 260472,
    marico@wsgr.com
5   WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
6   650 Page Mill Road
    Palo Alto, CA 94304-1050
7   Telephone:  (650) 493-9300
    Facsimile:   (650) 493-6811
8

9   Attorneys for Defendants
    Accuray Incorporated, Euan S. Thomson, Robert
10  E. McNamara, Wade B. Hampton, Ted Tu,
    Wayne Wu, John R. Adler, Jr., and Robert S.
11  Weiss

12

13                UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15                      OAKLAND DIVISION

16

17  CITY OF ANN ARBOR EMPLOYEES'          )   CASE NO.:  09-cv-03362-CW
    RETIREMENT SYSTEM, on Behalf of Itself and )
18  All Others Similarly Situated,        )   **STIPULATION AND ORDER**
                                          )   **REGARDING CONSOLIDATION**
19              Plaintiffs,               )   **OF SECURITIES CLASS ACTIONS**
                                          )   **AND SCHEDULE**
20       v.                               )
                                          )
21  ACCURAY INCORPORATED, EUAN S.         )
    THOMSON, ROBERT E. McNAMARA,          )
22  WADE B. HAMPTON, TED TU, WAYNE WU,    )
    JOHN R. ADLER, JR., and ROBERT S. WEISS, )
23                                        )
                Defendants.               )
24  _____ )

25

26             CAPTIONS CONTINUE ON NEXT PAGE

27

28

1

2   MICHAEL WHITTEN, Individually and on        )   CASE NO.:  09-cv-03637-CW
    Behalf of All Others Similarly Situated,    )

3                  Plaintiffs,                  )

4           v.                                  )

5   ACCURAY INCORPORATED, EUAN S.               )
    THOMSON, ROBERT E. McNAMARA,                )

6   WADE B. HAMPTON, TED TU, WAYNE WU,          )
    JOHN R. ADLER, JR., and ROBERT S. WEISS,    )

7                  Defendants.                  )

8

9   DOUG BENNINGTON, On Behalf of Himself       )   CASE NO.:  09-cv-03813-PJH
    and All Others Similarly Situated,          )

10                 Plaintiffs,                  )

11          v.                                  )

12  ACCURAY INCORPORATED, EUAN S.               )
    THOMSON, ROBERT E. McNAMARA,                )

13  WADE B. HAMPTON, TED TU, WAYNE WU,          )
    JOHN R. ADLER, JR., and ROBERT S. WEISS,    )

14                 Defendants.                  )

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Rule 16(d) of the Federal Rules of Civil Procedure, Civil Local Rule 23-1(b), and the Manual for Complex Litigation, Fourth §§ 11.12, 11.21 and 31 (2004), the parties stipulate, and the Court hereby orders, as follows:

CONSOLIDATION OF RELATED CASES

1.      The above-captioned actions, *City of Ann Arbor Employees' Retirement System v. Accuray, Inc., et al.*, Case No. C-09-03362-CW, *Whitten v. Accuray, Inc., et al.*, Case No. C-09-03637-CW, and *Bennington v. Accuray, Inc., et al.*, Case No. C-09-03813-PJH, are related cases within the meaning of Civil Local Rule 3-12.  Pursuant to Federal Rule of Civil Procedure 42(a), these cases are hereby consolidated into Civil Action No. C-09-03362-CW for pretrial proceedings before this Court.  The consolidated action shall be captioned: "*In re Accuray Inc. Securities Litigation*."

2.      All related actions that are subsequently filed in, or transferred to, this District shall be consolidated into this consolidated action for pretrial purposes.  This Order shall apply to every such related action, absent order of the Court.  A party that objects to such consolidation, or to any other provision of this Order, must file an application for relief from this Order within thirty (30) days after the date on which a copy of the order is mailed to the party's counsel, pursuant to Paragraph 8, *infra*.

3.      Plaintiff City of Ann Arbor Employees' Retirement System has served its complaint on all defendants.  Defendants agree to waive service of the Whitten and Bennington complaints.

4.      This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, for good cause shown.

MASTER DOCKET AND CAPTION

5.      The docket in Civil Action No. C-09-03362-CW shall constitute the master docket for this action.

6.      Every pleading filed in the consolidated action shall bear the following caption:

1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3    OAKLAND DIVISION

4    IN RE ACCURAY INC. SECURITIES          )       Master File No. C-09-03362-CW
     LITIGATION                             )
5                                           )
                                            )       **CLASS ACTION**
6    _____ )
                                            )
7    This Document Relates To:              )
                                            )
8                                           )
                                            )
9    _____ )

10       7.    The file in Civil Action No. C-09-03362-CW shall constitute a Master File for

11   every action in the consolidated action.  When the document being filed pertains to all actions,

12   the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:".

13   When a pleading applies only to some, but not all, of the actions, the document shall list,

14   immediately after the phrase "This Document Relates To:", the docket number for each

15   individual action to which the document applies, along with the last name of the first-listed

16   plaintiff in said action (*e.g.*, "No. C-09-03362-CW (City of Ann Arbor Employees' Retirement

17   System))."

18       8.    The parties shall file a Notice of Related Cases pursuant to Civil Local Rule 3-12

19   whenever a case that should be consolidated into this action is filed in, or transferred to, this

20   District.  If the Court determines that the case is related, the clerk shall:

21           a)    place a copy of this Order in the separate file for such action;

22           b)    serve on plaintiff's counsel in the new case a copy of this Order;

23           c)    direct that this Order be served upon defendants in the new case; and

24           d)    make the appropriate entry in the Master Docket.

25                        LEAD PLAINTIFF'S COUNSEL

26       9.    The Court shall designate a Lead Plaintiff and Lead Plaintiff's Counsel, pursuant

27   to 15 U.S.C. § 77z-1(a)(3)(B) and 15 U.S.C. § 78u-4(a)(3)(B).  Lead Plaintiff's Counsel shall

28   have authority to speak for, and enter into agreements on behalf of, plaintiffs in all matters

1  regarding pretrial procedures, discovery, and settlement negotiations.  Lead Plaintiff's Counsel

2  shall manage the prosecution of this litigation to avoid duplicative or unproductive activities.

3  Lead Plaintiff's Counsel shall be responsible for coordination of all activities and appearances on

4  behalf of plaintiffs and for dissemination of notices and orders.  Lead Plaintiff's Counsel shall be

5  responsible for communications with the Court.

6        10.    Defendants' counsel may rely upon agreements made with Lead Plaintiff's

7  Counsel.  Such agreements shall be binding on all plaintiffs.

8                          <u>PLEADINGS AND MOTIONS</u>

9        11.    No defendant is required to respond to the complaint in any action consolidated

10 into this action, other than a consolidated complaint or a complaint designated as the operative

11 complaint after the appointment of Lead Plaintiff and Lead Plaintiff's Counsel.

12       12.    After the appointment of a Lead Plaintiff, the Lead Plaintiff shall have sixty (60)

13 days to file and serve a consolidated complaint.  The consolidated complaint shall be the

14 operative complaint and shall supersede all complaints filed in any of the actions consolidated

15 herein.

16       13.    Defendants shall have sixty (60) days in which to file and serve a motion to

17 dismiss or otherwise respond to the consolidated complaint.  If defendants file any motions

18 directed at the consolidated complaint, the opposition and reply briefs shall be filed within sixty

19 and thirty days, respectively, of that response, unless otherwise agreed by the parties.

20       14.    Counsel for the parties shall notify their clients of their document preservation

21 obligations pursuant to the federal securities laws and the Local Rules.

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION AND [PROPOSED] ORDER RE        -3-
CONSOLIDATION AND SCHEDULE,
CASE NOS. CV 09-3362 CW, CV 09-3637 CW,
CV 09-3813 PJH

1    Dated:  September 22, 2009          Respectfully submitted,

2                                        WILSON SONSINI GOODRICH & ROSATI,
                                         Professional Corporation
3                                        BORIS FELDMAN
                                         IGNACIO E. SALCEDA
4                                        DIANE M. WALTERS
                                         MOLLY ARICO
5                                        650 Page Mill Road
                                         Palo Alto, CA 94304
6                                        Telephone: (650) 493-9300
                                         Facsimile:  (650) 493-6811
7

8                                        By:  _____/s/ Diane M. Walters_____
                                                    Diane M. Walters
9                                                   Email: dwalters@wsgr.com

10                                       Attorneys for Defendants Accuray Incorporated, Euan
                                         S. Thomson, Robert E. McNamara, Wade B. Hampton,
11                                       Ted Tu, Wayne Wu, John R. Adler, Jr., and Robert S.
                                         Weiss
12

13
     Dated:  September 22, 2009          COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
14                                       SHAWN A. WILLIAMS
                                         100 Pine Street, Suite 2600
15                                       San Francisco, CA  94111
                                         Telephone: (415) 288-4545
16                                       Facsimile:  (415) 288-4534

17                                       COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
18                                       SAMUEL H. RUDMAN
                                         EVAN J. KAUFMAN
19                                       58 South Service Road, Suite 200
                                         Melville, NY  11747
20                                       Telephone: (631) 367-7100
                                         Facsimile:  (631) 367-1173
21

22                                       By:  _____/s/ Shawn A. Williams_____
                                                   Shawn A. Williams
23                                                 Email: ShawnW@csgrr.com

24                                       Attorneys for Plaintiff City of Ann Arbor Employees'
                                         Retirement System
25

26

27

28
     STIPULATION AND [PROPOSED] ORDER  RE          -4-
     CONSOLIDATION AND SCHEDULE,
     CASE NOS. CV 09-3362 CW, CV 09-3637 CW,
     CV 09-3813 PJH

1  Dated:  September 22, 2009              GLANCY BINKOW & GOLDBERG LLP

2                                          LIONEL Z. GLANCY
                                           RICHARD MANISKAS
3                                          1801 Avenue of the Stars, Suite 311
                                           Los Angeles, CA 90067
4                                          Telephone: (310) 201-9150
                                           Facsimile:  (310) 201-9160
5
                                           -and-
6
                                           LAW OFFICES OF HOWARD G. SMITH
7                                          HOWARD G. SMITH
                                           3070 Bristol Pike, Suite 112
8                                          Bensalem, PA 19020
                                           Telephone:  (215) 638-4847
9                                          Facsimile:   (215) 638-4867

10

11                                         By:  _____/s/ Richard Maniskas_____
                                                       Richard Maniskas
12                                                     Email: rmaniskas@glancylaw.com

13                                         Attorneys for Plaintiff Michael E. Whitten

14

15 Dated:  September 22, 2009              GREEN WELLING, P.C.

16                                         ROBERT S. GREEN
                                           595 Market Street, Suite 2750
17                                         San Francisco, CA 94105
                                           Telephone: (415) 477-6700
18                                         Facsimile:  (415) 477-6710

19                                         -and-

20                                         SHALOV STONE BONNER & ROCCO LLP
                                           RALPH M. STONE
21                                         THOMAS G. CIARLONE. JR.
                                           AMANDA C. SCUDER
22                                         485 Seventh Avenue, Suite 1000
                                           New York, NY 10018
23                                         Telephone: (212) 239-4340
                                           Facsimile:  (212) 239-4310

24

25                                         By:  _____/s/ Robert S. Green_____
                                                       Robert S. Green
26                                                     Email:  cand.uscourts@classcounsel.com

27                                         Attorneys for Plaintiff Doug Bennington

28

STIPULATION AND [PROPOSED] ORDER RE              -5-
CONSOLIDATION AND SCHEDULE,
CASE NOS. CV 09-3362 CW, CV 09-3637 CW,
CV 09-3813 PJH

1

## <u>ORDER</u>

2

     PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

Dated: _____          _____

         10/7/09

5

                                       Hon. Claudia Wilken
                                       United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order re
Consolidation and schedule,
Case Nos. CV 09-3362 CW, CV 09-3637 CW,
CV 09-3813 PJH         -6-

1

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

2

I, Diane M. Walters, attest that concurrence in the filing of this document has been

3

obtained from the signatories, Shawn A. Williams, Richard Maniskas and Robert S. Green.  I

4

declare under penalty of perjury under the laws of the United States of America that the

5

foregoing is true and correct.  Executed this 22nd day of September, 2009 at Palo Alto,

6

California.

7

8

By:   /s/ Diane M. Walters
                      Diane M. Walters

9

10

*Counsel for Defendants*
Accuray Incorporated, Euan S. Thomson,

11

Robert E. McNamara, Wade B. Hampton,
Ted Tu, Wayne Wu, John R. Adler, Jr., and

12

Robert S. Weiss

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28