1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  SHAWN A. WILLIAMS (213113)
   DANIEL J. PFEFFERBAUM (248631)
3  100 Pine Street, 26th Floor
   San Francisco, CA  94111
4  Telephone:  415/288-4545
   415/288-4534 (fax)
5  shawnw@csgrr.com
   dpfefferbaum@csgrr.com
6
   LABATON SUCHAROW LLP
7  CHRISTOPHER J. KELLER
   JONATHAN GARDNER
8  MARK GOLDMAN
   140 Broadway, 34th Floor
9  New York, NY  10005
   Telephone:  212/907-0700
10 212/818-0477 (fax)
   CKeller@labaton.com
11 JGardner@labaton.com
   MGoldman@labaton.com
12
   Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re ACCURAY INC. SECURITIES LITIGATION | Master File No. 4:09-cv-03362-CW |
| | CLASS ACTION |
| This Document Relates To:<br><br>   ALL ACTIONS. | STIPULATION AND ORDER CHANGING TIME FOR FILING LEAD PLAINTIFF'S CONSOLIDATED COMPLAINT AND SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS **AS MODIFIED** |

1    WHEREAS, on September 21, 2009, multiple lead plaintiff movants filed motions to
2 consolidate and motions for the appointment of lead plaintiff and their respective selections of lead
3 counsel (Dkt. Nos. 10, 19, 21);

4    WHEREAS, on September 22, 2009, plaintiffs that filed complaints and defendants filed a
5 Stipulation and [Proposed] Order Regarding Consolidation of Securities Class Actions and Schedule
6 (Dkt. No. 29);

7    WHEREAS, on October 7, 2009, the Court entered a Stipulation and Order Regarding
8 Consolidation of Securities Class Actions and Schedule ("October 7, 2009 Order") (Dkt. No. 42);

9    WHEREAS, the October 7, 2009 Order set a schedule requiring lead plaintiff to file a
10 consolidated complaint 60 days after a court order appointing lead plaintiff (*id*. at 3) and defendants
11 to file responsive papers 60 days thereafter (*id.*);

12   WHEREAS, on October 26, 2009, the Court issued an Order Consolidating Cases,
13 Appointing the Accuray Investor Group as Lead Plaintiff, and Approving Lead Plaintiff's Selection
14 of Counsel ("October 26, 2009 Order") (Dkt. No. 48);

15   WHEREAS, the October 26, 2009 Order set forth a schedule for the filing of lead plaintiff's
16 consolidated complaint 20 days after the October 26, 2009 Order, and the filing of defendants'
17 response or answer 20 days after the filing of a consolidated complaint;

18   WHEREAS, because the October 7, 2009 Order and the October 26, 2009 Order appear
19 inconsistent with respect to scheduling the filing of the consolidated complaint, and in light of
20 upcoming holiday schedules, the parties have met and conferred and agreed to extend the dates for
21 filing of the consolidated complaint and the parties' respective responsive papers;

22   WHEREAS, the parties have agreed, subject to the approval of the Court, that lead plaintiff's
23 consolidated complaint shall be filed no later than December 10, 2009, defendants' response shall be
24 filed no later than February 1, 2010, lead plaintiff's opposition to the motion to dismiss shall be filed
25 no later than March 19, 2010 and defendants' reply shall be filed no later than April 9, 2010.

26   WHEREAS, the proposed schedule will not cause undue delay and will not change the
27 April 13, 2010 case management conference previously set by the Court.

28

STIP & [PROPOSED] ORDER CHANGING TIME FOR FILING LEAD PLTF'S CONSOLIDATED
COMPLAINT & SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS - 4:09-cv-03362-CW   - 1 -

NOW THEREFORE, it is stipulated and agreed:

1. Lead plaintiff shall file a consolidated complaint no later than December 10, 2009;

2. Defendants shall file their responsive pleading no later than February 1, 2010;

3. Lead plaintiff shall file its opposition to the motion to dismiss no later than March 19, 2010; and

4. Defendants shall file their reply no later than April 9, 2010.

DATED: October 30, 2009

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
DANIEL J. PFEFFERBAUM


/s/
SHAWN A. WILLIAMS

100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

LABATON SUCHAROW LLP
CHRISTOPHER J. KELLER
JONATHAN GARDNER
MARK GOLDMAN
140 Broadway, 34th Floor
New York, NY  10005
Telephone:  212/907-0700
212/818-0477 (fax)

Co-Lead Counsel for Plaintiffs

DATED: October 30, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
BORIS FELDMAN
IGNACIO E. SALCEDA
DIANE M. WALTERS
MOLLY ARICO


/s/
DIANE M. WALTERS

|  |  |
|---|---|
| | 650 Page Mill Road |
| | Palo Alto, CA  94304-1050 |
| | Telephone:  650/493-9300 |
| | 650/493-6811 (fax) |
| | |
| | Attorneys for Defendants Accuray Incorporated, Euan S. Thomson, Robert E. McNamara, Wade B. Hampton, Ted Tu, Wayne Wu, John R. Adler, Jr., and Robert S. Weiss |

I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Changing Time for Filing Lead Plaintiff's Consolidated Complaint and Setting Briefing Schedule on Motion to Dismiss.  In compliance with General Order No. 45, X.B., I hereby attest that Diane M. Walters has concurred in this filing.

/s/
SHAWN A. WILLIAMS

\*   \*   \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED, **EXCEPT THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO 4/29/10 AT 2:00 P.M.**

DATED:  _11/2/09_____    _____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

C:\DOCUME~1\jcohen\LOCALS~1\Temp\3\MetaSave\S_O00062635.doc

CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 30, 2009.

/s/
SHAWN A. WILLIAMS

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:shawnw@csgrr.com