| | |
|---|---|
| 1 | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 2 | SHAWN A. WILLIAMS (213113) DANIEL J. PFEFFERBAUM (248631) |
| 3 | 100 Pine Street, 26th Floor San Francisco, CA  94111 |
| 4 | Telephone:  415/288-4545 415/288-4534 (fax) |
| 5 | shawnw@csgrr.com dpfefferbaum@csgrr.com |

LABATON SUCHAROW LLP
CHRISTOPHER J. KELLER
JONATHAN GARDNER
MARK GOLDMAN
140 Broadway, 34th Floor
New York, NY  10005
Telephone:  212/907-0700
212/818-0477 (fax)
CKeller@labaton.com
JGardner@labaton.com
MGoldman@labaton.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re ACCURAY INC. SECURITIES LITIGATION | )  Master File No. 4:09-cv-03362-CW )  )  CLASS ACTION |
| This Document Relates To: | )  )  STIPULATION AND ORDER CHANGING )  TIME FOR FILING LEAD PLAINTIFFS' |
| ALL ACTIONS. | )  CONSOLIDATED COMPLAINT AND )  SETTING BRIEFING SCHEDULE ON )  MOTION TO DISMISS |

WHEREAS, on October 30, 2009, the parties filed a stipulation (Dkt. No. 51) setting forth proposed dates for the filing of plaintiffs' consolidated complaint and the briefing schedule on motion to dismiss, as follows:

- Lead plaintiff shall file a consolidated complaint no later than December 10, 2009;
- Defendants shall file their motion to dismiss no later than February 1, 2010;
- Lead plaintiff shall file its opposition to the motion to dismiss no later than March 19, 2010; and
- Defendants shall file their reply no later than April 9, 2010.

WHEREAS, on November 2, 2009, this Court issued an order approving the above briefing schedule and modifying the stipulation with regard to the case management conference, which was continued to April 29, 2010 (Dkt. No. 52).

WHEREAS, due to a scheduling conflict, plaintiffs have requested and defendants have agreed, subject to the approval of the Court, to change the time for plaintiffs to file their consolidated complaint and adjust the briefing schedule on the motion to dismiss, as follows:

- Lead plaintiff shall file a consolidated complaint no later than December 17, 2009;
- Defendants shall file their motion to dismiss no later than February 8, 2010;
- Lead plaintiff shall file its opposition to the motion to dismiss no later than March 25, 2010; and
- Defendants shall file their reply no later than April 15, 2010.

WHEREAS, the proposed schedule will not cause undue delay and will not change the April 29, 2010 case management conference date already established by the Court.

NOW THEREFORE, it is stipulated and agreed:

1. Lead plaintiff shall file a consolidated complaint no later than December 17, 2009;
2. Defendants shall file their motion to dismiss no later than February 8, 2010;

3. Lead plaintiff shall file its opposition to the motion to dismiss no later than March 25, 2010; and

4. Defendants shall file their reply no later than April 15, 2010.

DATED: December 8, 2009

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
DANIEL J. PFEFFERBAUM


/s/
SHAWN A. WILLIAMS

100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

LABATON SUCHAROW LLP
CHRISTOPHER J. KELLER
JONATHAN GARDNER
MARK GOLDMAN
140 Broadway, 34th Floor
New York, NY  10005
Telephone:  212/907-0700
212/818-0477 (fax)

Co-Lead Counsel for Plaintiffs

DATED: December 8, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
BORIS FELDMAN
IGNACIO E. SALCEDA
DIANE M. WALTERS
MOLLY ARICO


/s/
DIANE M. WALTERS

650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:  650/493-9300
650/493-6811 (fax)

Attorneys for Defendants Accuray Incorporated, Euan S. Thomson, Robert E. McNamara, Wade B. Hampton, Ted Tu, Wayne Wu, John R. Adler, Jr., and Robert S. Weiss

1  I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Changing Time For Filing Lead Plaintiffs' Consolidated Complaint and Setting Briefing Schedule On Motion to Dismiss.  In compliance with General Order No. 45, X.B., I hereby attest that Diane M. Walters has concurred in this filing.

/s/
SHAWN A. WILLIAMS

\*   \*   \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  _12/10/09_____    _____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

C:\DOCUME~1\RebeccaB\LOCALS~1\Temp\b\MetaSave\STP00063476.doc