IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ACCURAY INC. SECURITIES LITIGATION _____/ | No. C 09-03362 CW<br><br>ORDER SETTING HEARING ON MOTION |

    Notice is hereby given that a hearing on Defendants Accuray, Inc., Thomson, McNamara, Hampton, Tu, Wu, Adler, and Weiss' Motion to Dismiss will be held on April 29, 2010, at 2:00 p.m. Opposition to the motion will be due March 25, 2010, and any reply will be due April 15, 2010.

    IT IS SO ORDERED.

DATED:    2/10/10

_____
CLAUDIA WILKEN
United States District Judge