COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
dpfefferbaum@csgrr.com

LABATON SUCHAROW LLP
CHRISTOPHER J. KELLER
JONATHAN GARDNER
MARK GOLDMAN
140 Broadway, 34th Floor
New York, NY  10005
Telephone:  212/907-0700
212/818-0477 (fax)
CKeller@labaton.com
JGardner@labaton.com
MGoldman@labaton.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re ACCURAY INC. SECURITIES LITIGATION ) ) ) ) | Master File No. 4:09-cv-03362-CW |
| | CLASS ACTION |
| This Document Relates To: ) ) ) ) ) | STIPULATION AND [PROPOSED] ORDER CHANGING TIME FOR FILING LEAD PLAINTIFF'S OPPOSITION TO THE MOTION TO DISMISS AND HEARING SCHEDULE |
| ALL ACTIONS. | |

512683_1

1   WHEREAS, this Court's Order Setting Hearing on Motion, dated February 10, 2010 (Dkt. No. 76) established a briefing schedule and hearing date on Defendants' Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities in Support Thereof, dated February 8, 2010 ("Motion to Dismiss") (Dkt. No. 72), as follows:

- Lead plaintiff shall file its opposition to defendants' Motion to Dismiss no later than March 25, 2010;
- Defendants shall file their reply brief no later than April 15, 2010; and
- Hearing on defendants' Motion to Dismiss to be held on April 29, 2010 at 2:00 p.m.

WHEREAS, due to the number and complexity of issues presented in this case, lead plaintiff has requested and defendants have agreed, subject to the approval of the Court, to adjust the briefing schedule and hearing date on defendants' Motion to Dismiss by one week, as follows:

- Lead plaintiff shall file its opposition to defendants' Motion to Dismiss no later than April 1, 2010;
- Defendants shall file their reply brief no later than April 22, 2010; and
- Hearing on defendants' Motion to Dismiss to be held on May 6, 2010 at 2:00 p.m.

NOW THEREFORE, it is stipulated and agreed:

1. Lead plaintiff shall file its opposition to defendants' Motion to Dismiss no later than April 1, 2010;
2. Defendants shall file their reply brief no later than April 22, 2010; and
3. Hearing on defendants' Motion to Dismiss to be held on May 6, 2010 at 2:00 p.m.

DATED: March 24, 2010

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
DANIEL J. PFEFFERBAUM

/s/
SHAWN A. WILLIAMS

100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)

|   |   |   |
|---|---|---|
| 1 |   | LABATON SUCHAROW LLP |
| 2 |   | CHRISTOPHER J. KELLER |
|   |   | JONATHAN GARDNER |
|   |   | MARK GOLDMAN |
| 3 |   | 140 Broadway, 34th Floor |
|   |   | New York, NY 10005 |
| 4 |   | Telephone: 212/907-0700 |
|   |   | 212/818-0477 (fax) |
| 5 |   |   |
|   |   | Co-Lead Counsel for Plaintiffs |
| 6 |   |   |
| 7 | DATED: March 24, 2010 | WILSON SONSINI GOODRICH & ROSATI |
|   |   | Professional Corporation |
| 8 |   | BORIS FELDMAN |
|   |   | IGNACIO E. SALCEDA |
| 9 |   | DIANE M. WALTERS |
|   |   | MOLLY A. ARICO |

/s/<br>BORIS FELDMAN

650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: 650/493-9300
650/493-6811 (fax)

Attorneys for Defendants Accuray Incorporated, Euan S. Thomson, Robert E. McNamara, Wade B. Hampton, Ted Tu, Wayne Wu, John R. Adler, Jr., and Robert S. Weiss

I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Changing Time for Filing Lead Plaintiffs' Consolidated Complaint and Setting Briefing Schedule on Motion to Dismiss and Hearing Schedule. In compliance with General Order No. 45, X.B., I hereby attest that Boris Feldman has concurred in this filing.

/s/<br>SHAWN A. WILLIAMS

512683_1

STIPULATION & [PROPOSED] ORDER CHANGING TIME FOR FILING LEAD PLAINTIFF'S OPPOSITION TO THE MOTION TO DISMISS & HEARING SCHEDULE - 4:09-cv-03362-CW - 2 -

1           *   *   *

2           **O R D E R**

3     IT IS SO ORDERED.  **THE CASE MANAGEMENT CONFERENCE IS ALSO CONTINUED TO MAY 6, 2010, AT 2:00 P.M.**

DATED: 3/26/2010

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

512683_1

STIPULATION & [PROPOSED] ORDER CHANGING TIME FOR FILING LEAD PLAINTIFF'S OPPOSITION TO THE MOTION TO DISMISS & HEARING SCHEDULE - 4:09-cv-03362-CW    - 3 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 24, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 24, 2010.

/s/
SHAWN A. WILLIAMS

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: shawnw@csgrr.com

512683_1