1  BORIS FELDMAN, State Bar No. 128838
   boris.feldman@wsgr.com
2  IGNACIO E. SALCEDA, State Bar No. 164017
   isalceda@wsgr.com
3  DIANE M. WALTERS, State Bar No. 148136
   dwalters@wsgr.com
4  DOMINIQUE-CHANTALE ALEPIN, State Bar No. 241648
   dalepin@wsgr.com
5  BRYAN J. KETROSER, State Bar No. 239105
   bketroser@wsgr.com
6  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
7  650 Page Mill Road
   Palo Alto, CA 94304-1050
8  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
9

10 Attorneys for Defendants
   Accuray Inc., Euan S. Thomson,
11 Robert E. McNamara, Wade B. Hampton,
   Ted Tu, Wayne Wu, John R. Adler, Jr.,
12 and Robert S. Weiss

13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                            OAKLAND DIVISION

17

18 | In re ACCURAY INC. SECURITIES   ) | CASE NO.: Master File No. 09-cv-
   | LITIGATION                      ) | 03362-CW
19 |                                 ) |
   |                                 ) | **CLASS ACTION**
20 | This Document Relates To:       ) |
   |                                 ) | STIPULATION AND ORDER
21 |    ALL ACTIONS.                 ) | REGARDING CONTINUANCE OF
   |                                 ) | MAY 6, 2010 HEARING AND CASE
22 |                                 ) | MANAGEMENT CONFERENCE - **AS
   |                                 ) | MODIFIED**
23 |                                 ) |
   |                                 ) |
24 |                                 ) |
   |                                 ) |
25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE
CONTINUANCE OF HEARING & CMC

1          WHEREAS, Defendants filed a motion to dismiss plaintiffs' [Corrected] Consolidated

2   Class Action Complaint for Violations of the Federal Securities Laws (the "Complaint") in the

3   above-captioned action (the "Action") on February 8, 2010;

4          WHEREAS, Plaintiffs filed their opposition to Defendants' motion to dismiss on April 1,

5   2010;

6          WHEREAS, pursuant to the Court's March 26, 2010 Order, Defendants' reply

7   memorandum in support of Defendants' motion to dismiss is due to be filed on April 22, 2010

8   and will be filed on that date;

9          WHEREAS, pursuant to the Court's March 26, 2010 Order, the hearing regarding

10  Defendants' motion to dismiss is currently set for May 6, 2010 (the "May 6, 2010 Hearing") and

11  a Case Management Conference is also set for May 6, 2010;

12         WHEREAS, the parties have agreed to schedule a private mediation to explore the

13  possibility of a resolution of the Action;

14         WHEREAS, the parties will endeavor to schedule the mediation promptly;

15         WHEREAS, in light of the foregoing, the parties would like to avoid unnecessary

16  litigation expenses and conserve judicial resources and have thus agreed, subject to Court

17  approval, to continue the May 6, 2010 Hearing and Case Management Conference;

18         WHEREAS, the parties respectfully request that the May 6, 2010 Hearing and Case

19  Management Conference be taken off calendar and re-set for a date convenient for the Court that

20  is at least ninety (90) days from May 6, 2010;

21         WHEREAS, the requested continuance is not for the purpose of delay, promotes judicial

22  efficiency and will not prejudice any party;

23         THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the

24  undersigned, subject to Court approval, as follows:

25         1.      Defendants shall file their reply memorandum on April 22, 2010 as set forth in the

26  Court's March 26, 2010 Order;

27         2.      The May 6, 2010 Hearing regarding Defendants' motion to dismiss and May 6,

28  2010 Case Management Conference shall be taken off calendar and re-set for a date convenient

STIPULATION AND [PROPOSED] ORDER RE          -1-
CONTINUANCE OF HEARING & CMC

1 | for the Court that is at least ninety (90) days from the May 6, 2010 Hearing.

2 | Dated: April 16, 2010     WILSON SONSINI GOODRICH & ROSATI
3 |     Professional Corporation

By: /s/ Ignacio E. Salceda
       IGNACIO E. SALCEDA

650 Page Mill Road
Palo Alto, CA  94304
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants

Dated: April 16, 2010     ROBBINS GELLER RUDMAN & DOWD

By: /s/ Shawn A. Williams
       SHAWN A. WILLIAMS

100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone: (415) 288-4545
Facsimile:  (415) 288-4534

LABATON SUCHAROW LLP
CHRISTOPHER J. KELLER
JONATHAN GARDNER
MARK GOLDMAN
140 Broadway, 34th Floor
New York, NY  10005
Telephone: (212) 907-0700
Facsimile:  (212) 818-0477

Co-Lead Counsel for Plaintiffs

* * *

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  **THE MOTION HEARING AND CASE MANAGEMENT CONFERENCE ARE CONTINUED TO 8/12/2010 AT 2:00 P.M.**

Dated: 4/20/2010

_[signature]_
The Honorable Claudia Wilken
United States District Judge

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Ignacio E. Salceda, am the ECF user whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF MAY 6, 2010 HEARING AND CASE MANAGEMENT CONFERENCE.  In compliance with General Order 45, I hereby attest that Shawn Williams has concurred in this filing.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 16th day of April, 2010 at Palo Alto, California.

By:   /s/ Ignacio E. Salceda
       IGNACIO E. SALCEDA

Attorneys for Defendants
Accuray Inc., Euan S. Thomson,
Robert E. McNamara, Wade B. Hampton,
Ted Tu, Wayne Wu, John R. Adler, Jr.,
and Robert S. Weiss