BORIS FELDMAN, State Bar No. 128838
boris.feldman@wsgr.com
IGNACIO E. SALCEDA, State Bar No. 164017
isalceda@wsgr.com
DIANE M. WALTERS, State Bar No. 148136
dwalters@wsgr.com
DOMINIQUE-CHANTALE ALEPIN, State Bar No. 241648
dalepin@wsgr.com
BRYAN J. KETROSER, State Bar No. 239105
bketroser@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
Accuray Inc., Euan S. Thomson,
Robert E. McNamara, Wade B. Hampton,
Ted Tu, Wayne Wu, John R. Adler, Jr.,
and Robert S. Weiss

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re ACCURAY INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>   ALL ACTIONS. | CASE NO.: Master File No. 09-cv-03362-CW<br><br><u>CLASS ACTION</u><br><br>STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS |

1  WHEREAS, Defendants filed a motion to dismiss plaintiffs' [Corrected] Consolidated
2 Class Action Complaint for Violations of the Federal Securities Laws (the "Complaint") in the
3 above-captioned action (the "Action") on February 8, 2010;
4  WHEREAS, Plaintiffs filed their opposition to Defendants' motion to dismiss on April 1,
5 2010;
6  WHEREAS, Defendants' reply memorandum in support of their motion to dismiss is due
7 to be filed on April 22, 2010;
8  WHEREAS, Defendants have requested, and plaintiffs have agreed to, a one-week
9 extension of time until April 29, 2010 for Defendants to file their reply memorandum, subject to
10 the approval of the Court;
11  WHEREAS, pursuant to stipulation of the parties, the parties recently requested that the
12 hearing on Defendants' motion to dismiss be continued in light of the parties' agreement to
13 schedule a private mediation, and on April 20, 2010, the Court entered an order granting the
14 request and continuing the hearing until August 12, 2010 at 2:00 p.m.;
15  WHEREAS, the requested extension for Defendants' reply memorandum will not affect
16 the August 12, 2010 hearing date or the parties' planned mediation;
17  WHEREAS, the requested extension is not for the purpose of delay and will not prejudice
18 any party;
19  THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the
20 undersigned, subject to Court approval, as follows:
21  1. Defendants shall file the reply memorandum in support of Defendants' motion to
22 dismiss on or before April 29, 2010.
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER         -1-
EXTENDING DEFS' TIME TO FILE REPLY MEMO

| | | |
|---|---|---|
| 1 | Dated: April 21, 2010 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 2 | | |
| 3 | | By: /s/ Ignacio E. Salceda<br>      IGNACIO E. SALCEDA |
| 4 | | |
| 5 | | 650 Page Mill Road<br>Palo Alto, CA  94304<br>Telephone:  (650) 493-9300 |
| 6 | | Facsimile:  (650) 565-5100 |
| 7 | | Attorneys for Defendants |
| 8 | Dated: April 21, 2010 | ROBBINS GELLER RUDMAN & DOWD |
| 9 | | |
| 10 | | |
| 11 | | By: /s/ Daniel J. Pfefferbaum<br>      DANIEL J. PFEFFERBAUM |
| 12 | | 100 Pine Street, 26th Floor<br>San Francisco, CA  94111 |
| 13 | | Telephone:  (415) 288-4545<br>Facsimile:   (415) 288-4534 |
| 14 | | |
| 15 | | LABATON SUCHAROW LLP<br>CHRISTOPHER J. KELLER<br>JONATHAN GARDNER |
| 16 | | MARK GOLDMAN<br>140 Broadway, 34th Floor |
| 17 | | New York, NY  10005<br>Telephone:  (212) 907-0700 |
| 18 | | Facsimile:   (212) 818-0477 |
| 19 | | Co-Lead Counsel for Plaintiffs |

\* \* \*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 4/23/2010

_____
The Honorable Claudia Wilken
United States District Judge

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Ignacio E. Salceda, am the ECF user whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS.  In compliance with General Order 45, I hereby attest that Daniel Pfefferbaum has concurred in this filing.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 21st day of April, 2010 at Palo Alto, California.

By:   /s/ Ignacio E. Salceda
          IGNACIO E. SALCEDA

Attorneys for Defendants
Accuray Inc., Euan S. Thomson,
Robert E. McNamara, Wade B. Hampton,
Ted Tu, Wayne Wu, John R. Adler, Jr.,
and Robert S. Weiss