1  BORIS FELDMAN, State Bar No. 128838
   Email:  boris.feldman@wsgr.com
2  IGNACIO E. SALCEDA, State Bar No. 164017
   Email:  isalceda@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
6
   Attorneys for Defendants
7  Accuray Inc., Euan S. Thomson,
   Robert E. McNamara, Wade B. Hampton,
8  Ted Tu, Wayne Wu, John R. Adler, Jr.,
   and Robert S. Weiss
9

10 ROBBINS GELLER RUDMAN
     & DOWD LLP
11 SHAWN A. WILLIAMS (213113)
   DANIEL J. PFEFFERBAUM (248631)
12 Post Montgomery Center
   One Montgomery Street, Suite 1800
13 San Francisco, CA  94104
   Telephone: 415/288-4545
14 415/288-4534 (fax)
   Email:  shawnw@rgrdlaw.com
15 Email:  dpfefferbaum@rgrdlaw.com

16 Co-Lead Counsel for Plaintiffs

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                            OAKLAND DIVISION

20

| 21 | In re ACCURAY INC. SECURITIES LITIGATION | ) ) | Master File No. 09-cv-03362-CW |
|---|---|---|---|
| 22 | | ) ) | CLASS ACTION |
| 23 | This Document Relates To: | ) ) ) | JOINT STIPULATION AND ORDER EXTENDING TIME TO FILE AMENDED COMPLAINT |
| 24 | ALL ACTIONS. | ) ) | |
| 25 | | ) ) | |
| 26 | | ) ) | |
| 27 | | ) ) | |
| 28 | | | |

STIPULATION & [~~PROPOSED~~] ORDER
EXTENDING TIME TO FILE
AMENDED COMPLAINT
Master File No. 09-cv-03362-CW

1      WHEREAS, on December 30, 2009, plaintiffs filed a [Corrected] Consolidated Class Action Complaint for Violations of the Federal Securities Laws (the "Complaint");

WHEREAS, on February 8, 2010, Defendants filed a motion to dismiss the Complaint, plaintiffs filed their opposition on April 1, 2010, and Defendants filed their reply memorandum on April 29, 2010;

WHEREAS, on August 31, 2010, the Court entered an order granting Defendants' motion to dismiss with leave to amend (the "Order");

WHEREAS, the Order provides that any amended complaint shall be filed no later than September 20, 2010;

WHEREAS, the requested one-week extension of the deadline to file an amended complaint does not affect the November 18, 2010 hearing date;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to Court approval, as follows:

1. Any amended complaint shall be filed no later than September 27, 2010.
2. Defendants shall respond to the amended complaint no later than October 14, 2010.
3. If Defendants file a motion to dismiss, Plaintiffs shall have until October 28, 2010 to file an opposition, and Defendants shall file their reply memorandum no later than November 4, 2010.

Dated:  September 15, 2010

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/  Ignacio E. Salceda
    IGNACIO E. SALCEDA

650 Page Mill Road
Palo Alto, CA   94304
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

Attorneys for Defendants

STIPULATION & [~~PROPOSED~~] ORDER          -1-                                              4105902_1
EXTENDING TIME TO FILE
AMENDED COMPLAINT
Master File No. 09-cv-03362-CW

| | |
|---|---|
| Dated: September 15, 2010 | ROBBINS GELLER RUDMAN & DOWD |

By: /s/ Shawn A. Williams
     SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  (415) 288-4545
Facsimile:   (415) 288-4534

LABATON SUCHAROW LLP
CHRISTOPHER J. KELLER
JONATHAN GARDNER
MARK GOLDMAN
140 Broadway, 34th Floor
New York, NY  10005
Telephone:  (212) 907-0700
Facsimile:   (212) 818-0477

Co-Lead Counsel for Plaintiffs

\* \* \*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  **The Case Management Conference is continued to November 18 at 2 p.m.**

Dated: **September 16, 2010**

               The Honorable Claudia Wilken
               United States District Judge

STIPULATION & [PROPOSED] ORDER
EXTENDING TIME TO FILE
AMENDED COMPLAINT
Master File No. 09-cv-03362-CW

-2-

4105902_1

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Ignacio E. Salceda, attest that concurrence in the filing of this document has been obtained from the signatory, Shawn A. Williams. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 15th day of September, 2010 at Palo Alto, California.

By:   /s/ Ignacio E. Salceda
        Ignacio E. Salceda

Attorneys for Defendants
Accuray Inc., Euan S. Thomson, Robert E. McNamara, Wade B. Hampton, Ted Tu, Wayne Wu, John R. Adler, Jr., and Robert S. Weiss

STIPULATION & [~~PROPOSED~~] ORDER EXTENDING TIME TO FILE AMENDED COMPLAINT
Master File No. 09-cv-03362-CW

-3-

4105902_1