1  ROBBINS GELLER RUDMAN
     & DOWD LLP
2  SHAWN A. WILLIAMS (213113)
   DANIEL J. PFEFFERBAUM (248631)
3  Post Montgomery Center
   One Montgomery Street, Suite 1800
4  San Francisco, CA  94104
   Telephone:  415/288-4545
5  415/288-4534 (fax)
   shawnw@rgrdlaw.com
6  dpfefferbaum@rgrdlaw.com

7  LABATON SUCHAROW LLP
   CHRISTOPHER J. KELLER
8  JONATHAN GARDNER
   MARK GOLDMAN
9  140 Broadway, 34th Floor
   New York, NY  10005
10 Telephone:  212/907-0700
   212/818-0477 (fax)
11 CKeller@labaton.com
   JGardner@labaton.com
12 MGoldman@labaton.com

13 Co-Lead Counsel for Plaintiffs

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                              OAKLAND DIVISION

17 In re ACCURAY INC. SECURITIES      )  Master File No. 4:09-cv-03362-CW
   LITIGATION                         )
18                                    )  CLASS ACTION
                                      )
19 This Document Relates To:          )  STIPULATION AND ORDER REGARDING
                                      )  CONTINUANCE OF JANUARY 20, 2011
20      ALL ACTIONS.                  )  HEARING AND CASE MANAGEMENT
                                      )  CONFERENCE
21

591625_1

1   WHEREAS, on August 31, 2010, this Court dismissed plaintiffs' [Corrected] Consolidated Class Action Complaint for Violations of the Federal Securities Laws in the above-captioned action, with leave to amend;

WHEREAS, on October 4, 2010, plaintiffs filed their [Corrected] First Amended Class Action Complaint for Violations of the Federal Securities Laws (the "FAC");

WHEREAS, defendants filed a motion to dismiss the FAC on October 14, 2010;

WHEREAS, plaintiffs filed their opposition to defendants' motion to dismiss on October 28, 2010;

WHEREAS, defendants filed their reply on November 4, 2010;

WHEREAS, defendants' motion was scheduled to be heard by the Court on November 18, 2010;

WHEREAS, by notice of this Court, the hearing was rescheduled to January 20, 2011;

WHEREAS, the parties are continuing settlement discussions with the assistance of the Honorable Edward Infante (Ret.);

WHEREAS, in order to facilitate settlement efforts and conserve expenses and judicial resources, the parties have met and conferred and agreed, subject to Court approval, to continue the January 20, 2011 hearing and case management conference;

WHEREAS, the parties respectfully request that the hearing and case management conference be rescheduled to February 17, 2011, or such a date thereafter which is convenient for the Court;

WHEREAS, the requested continuance is not for the purpose of delay, promotes judicial efficacy and will not prejudice any party;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to Court approval, as follows:

The January 20, 2011 hearing regarding defendants' motion to dismiss, and the January 20, 2011 case management conference shall be taken off calendar and rescheduled to February 17, 2011, or such a date thereafter which is convenient for the Court.

DATED:  January 4, 2011               ROBBINS GELLER RUDMAN
                 & DOWD LLP
               SHAWN A. WILLIAMS
               DANIEL J. PFEFFERBAUM

                  /s/ Daniel J. Pfefferbaum
               DANIEL J. PFEFFERBAUM

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

LABATON SUCHAROW LLP
CHRISTOPHER J. KELLER
JONATHAN GARDNER
MARK GOLDMAN
140 Broadway, 34th Floor
New York, NY  10005
Telephone:  212/907-0700
212/818-0477 (fax)

Co-Lead Counsel for Plaintiffs

DATED:  January 4, 2011               WILSON SONSINI GOODRICH
                 & ROSATI, P.C.
               IGNACIO E. SALCEDA

                  /s/ Ignacio E. Salceda
               IGNACIO E. SALCEDA

650 Page Mill Road
Palo Alto, CA  94304
Telephone:  650/493-9300
650/565-5100 (fax)

Attorneys for Defendants

591625_1

STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF JANUARY 20, 2011 HEARING AND CASE MANAGEMENT CONFERENCE - 4:09-cv-03362-CW - 2 -

1   I, Daniel J. Pfefferbaum, am the ECF User whose ID and password are being used to file this
2   Stipulation and [Proposed] Order Regarding Continuance of January 20, 2011 Hearing and Case
3   Management Conference.  In compliance with General Order No. 45, X.B., I hereby attest that
4   Ignacio E. Salceda has concurred in this filing.

/s/ Daniel J. Pfefferbaum<br>DANIEL J. PFEFFERBAUM

*   *   *

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __1/6/2011_____    _____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

591625_1

STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF JANUARY 20, 2011
HEARING AND CASE MANAGEMENT CONFERENCE - 4:09-cv-03362-CW                 - 3 -

CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 4, 2011.

        /s/ Daniel J. Pfefferbaum
DANIEL J. PFEFFERBAUM
ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: dpfefferbaum@rgrdlaw.com

591625_1