BORIS FELDMAN, State Bar No. 128838
Email: boris.feldman@wsgr.com
IGNACIO E. SALCEDA, State Bar No. 164017
Email: isalceda@wsgr.com
DIANE M. WALTERS, State Bar No. 148136
Email: dwalters@wsgr.com
DOMINIQUE-CHANTALE ALEPIN, State Bar No. 241648
Email: dalepin@wsgr.com
BRYAN J. KETROSER, State Bar No. 239105
Email: bketroser@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re ACCURAY INC. SECURITIES LITIGATION | ) ) ) ) Master File No. 4:09-cv-03362-CW |
| | ) CLASS ACTION |
| This Document Relates To: | ) ) STIPULATION AND ORDER REGARDING CONTINUANCE OF FEBRUARY 17, 2011 |
| ALL ACTIONS. | ) ) HEARING AND CASE MANAGEMENT CONFERENCE |
| | ) |

STIPULATION AND [~~PROPOSED~~] ORDER
REGARDING CONTINUANCE OF HEARING & CMC
MASTER FILE NO. 4:09-cv-03362-CW

1    WHEREAS, on August 31, 2010, this Court dismissed plaintiffs' [Corrected] Consolidated

2  Class Action Complaint for Violations of the Federal Securities Laws in the above-captioned action

3  (the "Action"), with leave to amend;

4    WHEREAS, on October 4, 2010, plaintiffs filed their [Corrected] First Amended Class

5  Action Complaint for Violations of the Federal Securities Laws (the "FAC");

6    WHEREAS, defendants filed a motion to dismiss the FAC on October 14, 2010;

7    WHEREAS, plaintiffs filed their opposition to defendants' motion to dismiss on October 28,

8  2010;

9    WHEREAS, defendants filed their reply on November 4, 2010;

10   WHERAS, defendants' motion was scheduled to be heard by the Court on November 18,

11  2010;

12   WHEREAS, by notice of this Court, the hearing was rescheduled to January 20, 2011;

13   WHEREAS, on January 4, 2011, the parties submitted a joint stipulation requesting that the

14  hearing be continued to February 17, 2011, and on January 6, 2011, the Court so ordered;

15   WHEREAS, the parties' settlement discussions remain ongoing, and the parties have

16  continued to work with the Honorable Edward Infante (Ret.) regarding a potential resolution of this

17  matter;

18   WHEREAS, in order to facilitate settlement efforts and conserve expenses and judicial

19  resources, the parties have met and conferred and agreed, subject to Court approval, to continue the

20  February 17, 2011 hearing and case management conference;

21   WHEREAS, the parties respectfully request that the hearing and case management

22  conference be rescheduled to March 17, 2011, or such a date thereafter that is convenient for the

23  Court;

24   WHEREAS, the requested continuance is not for the purpose of delay, promotes judicial

25  efficacy and will not prejudice any party;

26   THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the

27  undersigned, subject to Court approval, as follows:

28
STIPULATION AND [~~PROPOSED~~] ORDER
REGARDING CONTINUANCE OF HEARING & CMC
MASTER FILE NO. 4:09-cv-03362-CW                                              - 1 -

1       The February 17, 2011 hearing regarding defendants' motion to dismiss, and February 17,

2   2011 case management conference, shall be taken off calendar and rescheduled to March 17, 2011,

3   or such a date thereafter that is convenient for the Court.

4   DATED:  February 9, 2011                    ROBBINS GELLER RUDMAN
                                                   & DOWD LLP
5                                               SHAWN A. WILLIAMS
                                                DANIEL J. PFEFFERBAUM
6

7
                                                    /s/ DANIEL J. PFEFFERBAUM
8                                                 DANIEL J. PFEFFERBAUM

9                                               Post Montgomery Center
                                                One Montgomery Street, Suite 1800
10                                              San Francisco, CA  94104
                                                Telephone:  415/288-4545
11                                              Facsimile:   415/288-4534

12                                              LABATON SUCHAROW LLP
                                                CHRISTOPHER J. KELLER
13                                              JONATHAN GARDNER
                                                MARK GOLDMAN
14                                              140 Broadway, 34th Floor
                                                New York, NY  10005
15                                              Telephone:  212/907-0700
                                                Facsimile:   212/818-0477
16
                                                Co-Lead Counsel for Plaintiffs
17

18  DATED:  February 9, 2011                    WILSON SONSINI GOODRICH
                                                   & ROSATI, P.C
19                                              IGNACIO E. SALCEDA
                                                DIANE M. WALTERS
20

21
                                                    /s/ DIANE M. WALTERS
22                                                 DIANE M. WALTERS

23                                              650 Page Mill Road
                                                Palo Alto, CA  94304
24                                              Telephone:  650/493-9300
                                                Facsimile:   650/565-5100
25
                                                Attorneys for Defendants
26

27                              *       *       *

28
    STIPULATION AND [PROPOSED] ORDER
    REGARDING CONTINUANCE OF HEARING & CMC
    MASTER FILE NO. 4:09-cv-03362-CW                                      - 2 -

1

**O R D E R**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

DATED:  ____2/11/2011_____     _____

5

THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1         I, Diane M. Walters, am the ECF User whose ID and password are being used to file this

2    Stipulation and [Proposed] Order Regarding Continuance of February 17, 2011 Hearing and Case

3    Management Conference.  In compliance with General Order No. 45, X.B., I hereby attest that

4    Daniel J. Pfefferbaum has concurred in this filing.

5                                               /s/ DIANE M. WALTERS

6                                                DIANE M. WALTERS

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER
REGARDING CONTINUANCE OF HEARING & CMC
MASTER FILE NO. 4:09-cv-03362-CW                                          - 4 -