BORIS FELDMAN, State Bar No. 128838
Email:  boris.feldman@wsgr.com
IGNACIO E. SALCEDA, State Bar No. 164017
Email:  isalceda@wsgr.com
DIANE M. WALTERS, State Bar No. 148136
Email:  dwalters@wsgr.com
DOMINIQUE-CHANTALE ALEPIN, State Bar No. 241648
Email:  dalepin@wsgr.com
BRYAN J. KETROSER, State Bar No. 239105
Email:  bketroser@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re ACCURAY INC. SECURITIES LITIGATION | Master File No. 4:09-cv-03362-CW |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | STIPULATION AND ORDER REGARDING CONTINUANCE OF MARCH 17, 2011 HEARING AND CASE MANAGEMENT CONFERENCE |
| ALL ACTIONS. | |

STIPULATION AND [~~PROPOSED~~] ORDER
REGARDING CONTINUANCE OF HEARING & CMC
MASTER FILE NO. 4:09-cv-03362-CW

1    WHEREAS, on August 31, 2010, this Court dismissed plaintiffs' [Corrected] Consolidated

2  Class Action Complaint for Violations of the Federal Securities Laws in the above-captioned action

3  (the "Action"), with leave to amend;

4    WHEREAS, on October 4, 2010, plaintiffs filed their [Corrected] First Amended Class

5  Action Complaint for Violations of the Federal Securities Laws (the "FAC");

6    WHEREAS, defendants filed a motion to dismiss the FAC on October 14, 2010;

7    WHEREAS, plaintiffs filed their opposition to defendants' motion to dismiss on October 28,

8  2010;

9    WHEREAS, defendants filed their reply on November 4, 2010;

10    WHERAS, defendants' motion was scheduled to be heard by the Court on November 18,

11  2010;

12    WHEREAS, by notice of this Court, the hearing was rescheduled to January 20, 2011;

13    WHEREAS, on January 4, 2011, the parties submitted a joint stipulation requesting that the

14  hearing be continued to February 17, 2011, and on January 6, 2011, the Court so ordered;

15    WHEREAS, on February 9, 2011, the parties submitted a joint stipulation requesting that the

16  hearing be continued to March 17, 2011, and on February 11, 2011, the Court so ordered;

17    WHEREAS, the parties' settlement discussions remain ongoing, and the parties have

18  continued to work with the Honorable Edward Infante (Ret.) regarding a potential resolution of this

19  matter;

20    WHEREAS, in order to facilitate settlement efforts and conserve expenses and judicial

21  resources, the parties have met and conferred and agreed, subject to Court approval, to a brief

22  continuance of the March 17, 2011 hearing and case management conference;

23    WHEREAS, the parties respectfully request that the March 17, 2011 hearing and case

24  management conference be rescheduled to April 7, 2011, or such a date thereafter that is convenient

25  for the Court;

26    WHEREAS, the requested continuance is not for the purpose of delay, promotes judicial

27  efficacy and will not prejudice any party;

28

STIPULATION AND [PROPOSED] ORDER
REGARDING CONTINUANCE OF HEARING & CMC
MASTER FILE NO. 4:09-cv-03362-CW                                      - 1 -

1    THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the

2  undersigned, subject to Court approval, as follows:

3    The March 17, 2011 hearing regarding defendants' motion to dismiss, and March 17, 2011

4  case management conference, shall be taken off calendar and rescheduled to April 7, 2011, or such a

5  date thereafter that is convenient for the Court.

6  DATED:  March 14, 2011                    ROBBINS GELLER RUDMAN
                                               & DOWD LLP
7                                            SHAWN A. WILLIAMS
                                             DANIEL J. PFEFFERBAUM
8

9
                                                   /s/ DANIEL J. PFEFFERBAUM
10                                               DANIEL J. PFEFFERBAUM

11                                           Post Montgomery Center
                                             One Montgomery Street, Suite 1800
12                                           San Francisco, CA  94104
                                             Telephone:  415/288-4545
13                                           Facsimile:   415/288-4534

14                                           LABATON SUCHAROW LLP
                                             CHRISTOPHER J. KELLER
15                                           JONATHAN GARDNER
                                             MARK GOLDMAN
16                                           140 Broadway, 34th Floor
                                             New York, NY  10005
17                                           Telephone:  212/907-0700
                                             Facsimile:   212/818-0477
18
                                             Co-Lead Counsel for Plaintiffs
19

20  DATED:  March 14, 2011                   WILSON SONSINI GOODRICH
                                               & ROSATI, P.C
21                                           IGNACIO E. SALCEDA
                                             DIANE M. WALTERS
22

23
                                                   /s/ IGNACIO E. SALCEDA
24                                               IGNACIO E. SALCEDA

25                                           650 Page Mill Road
                                             Palo Alto, CA  94304
26                                           Telephone:  650/493-9300
                                             Facsimile:   650/565-5100
27
                                             Attorneys for Defendants
28

STIPULATION AND [PROPOSED] ORDER
REGARDING CONTINUANCE OF HEARING & CMC
MASTER FILE NO. 4:09-cv-03362-CW                                          - 2 -

1                          *        *        *

2                              **O R D E R**

3           PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5    DATED: _____**3/14/2011**_____    _____

6                                          THE HONORABLE CLAUDIA WILKEN
                                           UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER
REGARDING CONTINUANCE OF HEARING & CMC
MASTER FILE NO. 4:09-cv-03362-CW                              - 3 -

1      I, Ignacio E. Salceda, am the ECF User whose ID and password are being used to file this

2   Stipulation and [Proposed] Order Regarding Continuance of March 17, 2011 Hearing and Case

3   Management Conference.  In compliance with General Order No. 45, X.B., I hereby attest that

4   Daniel J. Pfefferbaum has concurred in this filing.

5                                                          /s/ IGNACIO E. SALCEDA
                                                          IGNACIO E. SALCEDA
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
REGARDING CONTINUANCE OF HEARING & CMC
MASTER FILE NO. 4:09-cv-03362-CW                                                - 4 -