ROBBINS GELLER RUDMAN
& DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com

LABATON SUCHAROW LLP
CHRISTOPHER J. KELLER
JONATHAN GARDNER
MARK GOLDMAN
140 Broadway, 34th Floor
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)
CKeller@labaton.com
JGardner@labaton.com
MGoldman@labaton.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re ACCURAY INC. SECURITIES LITIGATION | Master File No. 4:09-cv-03362-CW |
| | CLASS ACTION |
| This Document Relates To: ALL ACTIONS. | STIPULATION AND ORDER REGARDING SETTLEMENT AND VACATING THE APRIL 7, 2011 HEARING AND CASE MANAGEMENT CONFERENCE |

WHEREAS, on August 31, 2010, this Court dismissed plaintiffs' [Corrected] Consolidated Class Action Complaint for Violations of the Federal Securities Laws in the above-captioned action (the "Action"), with leave to amend;

WHEREAS, on October 4, 2010, plaintiffs filed their [Corrected] First Amended Class Action Complaint for Violations of the Federal Securities Laws (the "FAC");

WHEREAS, defendants filed a motion to dismiss the FAC on October 14, 2010 and briefing has been completed on this motion;

WHEREAS, on March 14, 2011, by stipulation, the Court continued the hearing on defendants' motion to dismiss and the case management conference to April 7, 2011 at 2:00 p.m. to allow the parties to continue working with the Honorable Edward Infante (Ret.) regarding a potential resolution of this Action;

WHEREAS, the parties have now reached an agreement in principle to settle this Action;

WHEREAS, counsel for plaintiffs and counsel for defendants are currently working together on a Stipulation of Settlement to be submitted to the Court no later than April 28, 2011;

WHEREAS, the parties request that the Court set a hearing on preliminary approval of the settlement for May 12, 2011, or as the motion will be unopposed, the Court may shorten this time at the Court's convenience;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to Court approval, as follows:

1. The hearing on defendants' motion to dismiss, and the case management conference, currently scheduled for April 7, 2011 shall be vacated.

2. Counsel for plaintiffs and counsel for defendants shall submit a Stipulation of Settlement to the Court no later than April 28, 2011.

3. The Court shall schedule a hearing on preliminary approval of the settlement for May 12, 2011 or as soon as is convenient for the Court.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED: March 31, 2011

ROBBINS GELLER RUDMAN
& DOWD LLP
SHAWN A. WILLIAMS
DANIEL J. PFEFFERBAUM

s/ Daniel J. Pfefferbaum
DANIEL J. PFEFFERBAUM

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

LABATON SUCHAROW LLP
CHRISTOPHER J. KELLER
JONATHAN GARDNER
MARK GOLDMAN
140 Broadway, 34th Floor
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)

Co-Lead Counsel for Plaintiffs

DATED: March 31, 2011

WILSON SONSINI GOODRICH
& ROSATI, P.C.
IGNACIO E. SALCEDA

s/ Ignacio E. Salceda
IGNACIO E. SALCEDA

650 Page Mill Road
Palo Alto, CA 94304
Telephone: 650/493-9300
650/565-5100 (fax)

Attorneys for Defendants

I, Daniel J. Pfefferbaum, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Settlement And Vacating the April 7, 2011 Hearing And Case Management Conference. In compliance with General Order No. 45, X.B., I hereby attest that Ignacio E. Salceda has concurred in this filing.

s/ Daniel J. Pfefferbaum
DANIEL J. PFEFFERBAUM

* * *

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED, except that motion to dismiss is denied without prejudice. The Court is not available for a hearing on May 12 or 19.

DATED: **4/5/2011**

THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 31, 2011.

s/ Daniel J. Pfefferbaum

DANIEL J. PFEFFERBAUM
ROBBINS GELLER RUDMAN
& DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: dpfefferbaum@rgrdlaw.com