| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re ACCURAY INC. SECURITIES LITIGATION ) ) ) | Master File No. 4:09-cv-03362-CW |
| ) | <u>CLASS ACTION</u> |
| ) | |
| This Document Relates To: ) ) | [~~PROPOSED~~] ORDER AWARDING LEAD COUNSEL ATTORNEYS' FEES AND EXPENSES |
| ALL ACTIONS. ) ) | |
| | DATE: September 1, 2011<br>TIME: 2:00 p.m.<br>CTRM: The Honorable Claudia Wilken |

635724_1

This matter having come before the Court on September 1, 2011, on the application of counsel for the Lead Plaintiffs for an award of attorneys' fees and expenses incurred in the captioned action, the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this action to be fair, reasonable, and adequate and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement, dated as of April 27, 2011 (the "Stipulation"), and filed with the Court.

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Members of the Settlement Class who have not timely and validly requested exclusion.

3. The Court hereby awards Lead Counsel attorneys' fees of 25% of the Settlement Fund, plus reimbursement of litigation expenses in the amount of $284,279.23 together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid. The Court finds that the amount of fees awarded is appropriate and is fair and reasonable under the "percentage-of-recovery" method given the substantial risks of non-recovery, the time and effort involved, and the result obtained for the Settlement Class. *See Vizcaino v. Microsoft Corp.*, 290 F.3d 1043 (9th Cir. 2002).

4. The fees shall be allocated among counsel for the plaintiffs by Lead Counsel in a manner that reflects each such counsel's contribution to the institution, prosecution, and resolution of the captioned action.

5. The awarded attorneys' fees and expenses and interest earned thereon shall immediately be paid to Lead Counsel subject to the terms, conditions, and obligations of the Stipulation, and in particular ¶7.2 thereof, which terms, conditions, and obligations are incorporated herein.

6. Pursuant to 15 U.S.C. §78u-4(a)(4), Lead Plaintiff Zhengxu He is hereby awarded $346.72. Such reimbursement is appropriate considering Lead Plaintiff's participation in the ongoing prosecution of the litigation and the evidentiary support presented.

IT IS SO ORDERED.

DATED: 12/8/2011

*[signature: Claudia Wilken]*
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

Submitted by:

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
DANIEL J. PFEFFERBAUM
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOY ANN BULL

    s/ Joy Ann Bull
    JOY ANN BULL

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

LABATON SUCHAROW LLP
CHRISTOPHER J. KELLER
JONATHAN GARDNER
MARK GOLDMAN
CAROL C. VILLEGAS
140 Broadway
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)

Co-Lead Counsel for Plaintiffs

635724_1

[PROPOSED] ORDER AWARDING LEAD COUNSEL ATTORNEYS' FEES AND
EXPENSES - 4:09-cv-03362-CW - 2 -